1  NANCY NGUYEN SIMS, SBN 215869
   *nancy.sims@dlapiper.com*
2  DLA PIPER LLP (US)
   2000 Avenue of the Stars
3  Suite 400 North Tower
   Los Angeles, California  90067-4704
4  Telephone:  310.595.3000
   Facsimile:  310.595.3300
5

6  Attorneys for Plaintiff/Judgment Creditor
   HYATT FRANCHISING, LLC
7

8
   **UNITED STATES DISTRICT COURT**
9
   **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**
10

11

12 | HYATT FRANCHISING, LLC | CASE NO.  CV17-05078-VAP (ASx) |
   |---|---|
13 | Plaintiff/Judgment Creditor, | **PROOF OF SERVICE** |
14 | v. | |
15 | SHEN ZHEN NEW WORLD I, LLC, et al., | |
16 | | |
17 | Defendant/Judgment Debtors. | |

18

19

20

21

22

23

24

25

26

27

28

| | | | | |
|---|---|---|---|---|
| *Attorney or Party without Attorney:*<br>DLA PIPER LLP (US)<br>2000 AVENUE OF THE STARS<br>4TH FLOOR<br>Century City, CA 90067<br>*Telephone No:* (310) 595-3000<br>*Attorney for:* Plaintiff | | *Ref. No. or File No.:*<br>27097 | | *For Court Use Only* |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Central District Of California

*Plaintiff:* HYATT FRANCHISING, LLC
*Defendant:* SHEN ZHEN NEW WORLD I, LLC, et al.

| PROOF OF SERVICE<br>ORDER ON APPLICATION | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV17-05078-VAP (ASx) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the ORDER ON APPLICATION; FOR APPEARANCE AND EXAMINATION; NOTICE TO SHEN ZHEN NEW WORLD I, LLC TO PRODUCE DOCUMENTS AT JUDGMENT DEBTOR EXAM

3. a. *Party served:* SHEN ZHEN NEW WORLD I, LLC
   b. *Person served:* QIWEI (TIFFANY) HUANG, Agent for service of process

4. *Address where the party was served:* 1999 OAK KNOLL AVENUE
   San Marino, CA 91108

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Sat., Jul. 22, 2017 (2) at: 8:25PM

7. *Person Who Served Papers:*
   a. BRENDAN ETTER
   b. **County Legal Attorney Service**
   816 S. Figueroa Street
   Suite 100
   LOS ANGELES, CA 90017
   c. (213) 327-0014

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
       (i) Owner
       (ii) *Registration No.:* 1410
       (iii) *County:* Santa Clara

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Mon, Jul. 24, 2017

                            (BRENDAN ETTER)

Judicial Council Form             PROOF OF SERVICE                                  3193     .dlapip.3181
Rule 2.150.(a)&(b) Rev January 1, 2007   ORDER ON APPLICATION